IN THE United States District Court

Court Southern District of Indiana

Terre Haute Division


Jasper Frazier

Plaintiff


v


Defendants                    Case no: ___2:17-cv-519-JMS-MJD___

Robert E Carder Jr

Michael Osburn

Dick Brown

Frank Little John

Kevin Gilmore

Heather Blasingame

Aleta Burndett

John Hall

_____ Rittenberg

    B. Bendekovich

Karen Richardson

B. Keistler-Traven

Jeanne Watkins

Teresa Little John

K. Allen

_____ Davis

Elijah Stoll

_____ Pagan

Kim Hobson

Regina Robinson

Lt. Hyatt

Lt. C. Nicholson

Sgt Yarber

D. Robinson

_____ Thompson

Alan Warieck

Jodi _____

Jackie Storm

**FILED**

**2:29 pm, Nov 15, 2017**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Laura A. Briggs, Clerk**

Verified Complaint

1. Parties: Jasper Frazier #114346

    Wabash Valley Corr. Facility, PO Box 1111

    Carlisle, IN 47838-1111

1

2   Defendants:

NAME: Robert E. Carter Jr.

Title: I.D.O.C. Commissioner

Address: Government Center South

302 West Washington St. Rm E334

Indpls, In 46204-2760

3   NAME: Michael Osburn

Title: Southern Director

Address: Indiana Government Center South

302 West Washington St

Indpls, IN 46204

4   NAME: Dick Brown

Title: Warden

Address: Wabash Valley Corr. Facility

PO Box 500 Carlisle, In 47838-1111

5   NAME: Frank Little John

Title: Asst. Supt

Address: Wabash Valley Corr. Facility

PO Box 500 Carlisle, In 47838-1111

6   NAME: Kevin Gilmore

Title: Asst. Supt.

Address: Wabash Valley Corr. Facility

PO Box 500 Carlisle, In 47838 1111

2

7 NAME: Heather Blasingame
Title: Unit Team Manager
Address: Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838

8 NAME: Aleta Bundett
Title: Case Worker Manager
Address: PO Box 500 Wabash Valley Corr. Facility
Carlisle, IN 47838-1111

9 NAME: John Hall
Title: Case Worker
Address: Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838-1111

10 NAME _____ Rittenberg
Title Case Worker
Address Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838-1111

11 NAME -B. Bendekovich
Title Case Worker
Address Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838-1111

12 NAME: Karen Richardson
Title: Supervisor Law Libarian
Address Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838-1111

13 NAME: B. Kristler-Taken
Title: Law Libarian Clerk
Address: Wabash Valley Corr. Facility

PO Box 500 Carlisle, IN 47838

14  NAME: Jeanne Watkins
Title: Mailroom Supervisor
Address: PO Box 500 Carlisle, IN 47838

15  NAME: Teresa Little John
Title: Grievance Specialist
Address PO Box 500 Carlisle, IN 47838

16  NAME: K. Allen
Title: Supervisor Internal Affairs
Address PO Box 500 Carlisle, IN 47838

17  NAME: ——— Davis
Title Internal Affairs
Address PO Box 500 Carlisle, IN 47838

18  NAME: Elijah Stoll
Title: Mental Health Professional
Address: PO Box 500 Carlisle, IN 47838

19  NAME: ——— Pagan
Title: Mental Health Professional
Address: PO Box 500 Carlisle, IN 47838

20  NAME: Kim Hobson
Title: Health Service Administration

4

Address Wabash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

21  NAME: Regina Robinson
Title: D. O. N.
Address W' Abash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

22  NAME: Lt. Hyatt
Title: Zone Supervisor
Address: Wabash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

23  NAME: Lt. C. Nicholson
Title: Zone Supervisor
Address: Wabash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

24  NAME D. Robinson
Title: Custody staff
Address: Wabash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

25  NAME: _____ Thompson
Title: Custody staff
Address: Wabash Valley Corr. Facility
PO BOX 500 Carlisle, IN 47838

5

26  NAME Sgt Yarber
Title: ZONE Supervisor
address Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838

27 NAME: Alan Havcock / Jodi
Title: Accounts
address Wabash Valley Corr. Facility
PO Box 500 Carlisle, IN 47838

28 NAME: Jackie Storm
Title: Plus Program Cordinator/address PO Box 1111 Carlisle, IN 47838-1111

II    Administrative remedies:

The plaintiff, Jusper Frazier has exhausted
96318, 96694 and ask the court to file a
emergency injunction Preliminary on the following defendants
29  to stop them from Retailation, comparign of
harassment, bullying, taunt and to exhaust 98275,
98873 and grievance file on November 3, 2017. If
I am forced to wait for exhausted the Above
defendants gonna continue to violate my
constitutional Rights, which is causing a
on-going pain - physical, mental and emotional
Jackson v. District of Columbia, 254 F.3d 262
(D.C. Cir. 2001)

III    Statement of Jurisdiction and Previous
30  Lawsuit:

6

30  This is a civil action Authorized by 42 U.S.C. § 1993 where this court has jurisdiction over the plaintiff's claim of Violation of Federal constitutional rights under 28 U.S.C. § 1331

(B)  This court has supplemental jurisdiction over the plaintiff's state Law claims under 28 U.S.C. 1367

PREVIOUS LAWSUIT:

31

| casenames (Plaintiffs & Defendents) | Case number | Federal District |
|---|---|---|
| Officer Charles Wilson | 2:13-cv-00301-JTM-PRC | Northern District |
| Dr. Barbara Eichman M.D. | 2:13-cv-00301-JTM-PRC | Nothern District |
| Joseph M. Thomas M.D. | 2:13-cv-00301-JTM-PRC | Nothern District |
| Nurse Morgan Bush | 2:13-cv-00301-JTM-PRC | Northern District |
| Nurse Judy | 2:13-cv-00301-JTM-PRC | Northern District |
| Nurse Estridge | 2:13-cv-00301-JTM-PRC | Northern District |

IV        CAUSE of ACTION

Ground 1

32  Defendants, custody officer Loveall, custody officer Thompson, zone supervisor Lt. Hyatt, zone supervisor Lt. C Nicholson, casemanager Aleta Burnoett, case worker John Hall, case worker Rittersera, case worker B. Bendekovich, LawLibrarian supervisor Karen Richardson, LawLibrarian clerk B. Kristler-Taken, custody officer D. Robinson, D.O.N. Regina Robinson, Health care administration Kim Hobson, Grievance Specialist

7

PLUS PROGram Cordinator Jackie storm, U.T.M. Heather Blasingame Teresa Little John, mailroom supervisor Jeanne, Watkins, Internal Affairs Supervisor K. Allen, Internal affairs ___ Davis, mental Health professional Elijah stoll and mental Health professional ___ Pagan are being sued in Their official and individual capacity for violating Plaintiff First Amendent rights for campaign of Harassment, Retailation, report complaints, and file grievanes, Reading or interfering with Plaintiff's legal papers and concealing documents

Defendants case ~~worker~~ plus Cordinator Jackie storm Rittenberg, case worker BB. or Mrs. B. violated Plaintiff Eignt Amendment Right to be

**Ground 2**

free from Cruel and Unusal Punishment. Caseworker(s) ___ Rittenberg faslefied a bad evalue on Plaintiff to be Kicked out of the Plus Program Unit when

**33**

Plaintiff only had 2 months to graduate. Case worker B.B. or Mrs. B faslefied a steering committee conduct report instructed by case worker Rittenberg ALL defendants are sued in their official and individual capacity

**Ground 3**

Defendant(s) case worker ___ Rittenberg and caseworker B. B. or Mrs. B are being sued in their official and individual capacity for violating Plaintiff Eight Amendment Rights to be free from

**34**

Cruel and unusal Punishment. Case worker ___ Rittenberg threaten the Plaintiff for 2 faslefied class B conduct report for telling her to shut up

8

when the Plaintiff Actually said skasiantup.
Case worker Rittenberg then faslefied a
Telephone call to case manager Faith Reese
and unknown Sargeut that I was acting
irate at the steering committee

Plus cordinator Jackie storm

Defendant(s) caseworker _____ Rittenberg and
case worker B. Bendekovich, are being sued in
their official and individual capacity for violating
Plaintiff Fourteeth Amendment right to be
free from Discrimination by telling the Plaintiff
he doesn't belong in the Plus Program. The Plaintiff
be thinking of things in his head thats not
true. The Plaintiff be over exaggerating. Case
worker _____ Rittenberg and caseworker B.B. or
Mrs. B. violate ADA - American Disability Act.

Ground 4

35

Defendants case worker _____ Rittenberg and
case worker B. Bende Kovich are being sued in their
official and individual capacity for violating
Plaintiff fourteeth Amendment Right to be free
from Discrimnation by calling Plaintiff
Mental Health Therpist report a faslefied
call saying the Plaintiff was acting irate.
Both defendants use the Plaintiff mental
Health disorder Against him to have Plaintiff
remove from Plus Program

Ground 5

35

Defendants case manager Aleda Burnoett
are being sued in their official and individual
capacity for violating Plaintiff fourteeth
Amendment right to be free from Discrimination
**Ground 6**
case manager Aleda Burnoett faslefired a
call to Plaintiff mental Health Therpist to
report that Plaintiff was acting irate. The
**37**
Plaintiff wanted to know why case manager
Aleda Burnoett was intercepting his legal
mail and throwing grievances away.

Defendants case manaer Rittenberg and case manager
B. Bendekovich. are being sued in their official
capacity for violating Plaintiff fourteeth
Amendment right to be free from Discrinnation
**Ground 7**
by telling the steering comm. ttee that the
Plaintiff was crazy and for violating Plaintiff
**38**
Eight Amendment Right for telling steering
committee that Plaintiff put in A snitch
Kite with offenders name on it that concern
his JPAYACcount. This has put Plaintiff
in danger of offenders

Defendants D.O.N. Regina Robinson, Health
**Ground 8**
care administration are being sued in
their official and individual capacity for
**39**
denial of medical treatment and kick off
of chronic care list for free Flu shot and A1C

Blood Check In violation Of Eight Amendment

Defendants Warden Brown, Asst. Supt. Frank
Little John, Asst. Supt. Kevin Gilmore are
being sued in Their official and individual
capacity for failing to intervene and investigate
staff campaign of harassment, Retaliation, bullying,
**Ground 9** taunt, Racial slurs as Plaintiff, legal mail
intercepted and grievances thrown away by case
manager Alexa Burgtest. Plaintiff send several
letters of complaints to the Above defendants.
Plaintiff family also made several calls to
defendant about misconduct of staff

Defendants Southern Director Michael Osburn
**Ground 10** and I.D.O.C. Commissioner Robert E. Carter Jr.
are being sued in their official and individual
capacity for failing to intervene and investigate
staff complaints of harassment, Retaliation, bullying
taunt, legal mail intercepted by staff. Plaintiff
family made several phone calls to defendant about
misconduct of staff.

**Ground 11** Defendants Alan Harcock and Jodi
are being sued in their official and individual
capacity for violating First Amendment Right
Retaliating by writing a check out to
Sure Shot Books Meth which the Plaintiff put

11

Sure Shot Books Publishing LLC on his
Transaction slip dated November 3, 2017.
Both defendants Retaliated because the
Plaintiff purchase a book called Battling
the Administration: How to win a successful
civil suit. EX

Ground      Defendant Supervisor Mailroom Jeanne Watkins
12          are being sued in their official and individual
            capacity for violating First Amendment and
            Eight Amendment. Jeanne Watkins Refuse to
   43       give Plaintiff certified receipt mail out to
            Michael Osburn. deem as Priviledge Mail.

Ground      Defendants Mental Health Therpist Elijah Stoll
13          and ___ Pagan are being sued in their official
   44       and individual capacity for failing to intervene
            and investigate staff campaign of harassment,
            Retaliation, taunt and bullying. Both Mental
            Health Therpist violated Hippa policy by talking
            to non-Medical staff about his Mental state.
            Mental Health Therpist Elijah Stoll violated
            Plaintiff confidentiality by allowing a non-
            Medical handle a Medical Refusal for Mental
            Health when he suppose to witness the refusal

45

Ground 14 Defendant Unit Team Heather Blasing sine one
being sued in their official and individual capacity for
violating Plaintiff Eight, Fourteeth and First Amendment
Retaliation on Plaintiff for filing grievance, infer with
Plaintiff legal mail, concealing documents, refusing to
intervene, investigate staff complaints, free from
discrimination using Plaintiff Mental disorder to
kick Plaintiff out of Plus Program when Plaintiff
only had 2 months to graduate

46

Ground 15 Defendant Plus Cordinator Jackie Storm one being sued
in their official and individual capacity for Plaintiff Eight,
Fourteeth and First Amendment. Jackie storm Retailate on
Plaintiff for filing grievance, discrimination on plaintiff
Mental disorder. Jackie storm is some Relationship to Lt. storm
who at NewCastle Annex violated the Plaintiff due process
Right to a fair CAB hearing. Only when the Plaintiff wrote
to Indiana Disability Rights and Commissioner Robert E. Carter
Jr ask those Agency to Review the writeup's when Plaintiff
Started getting harass in the Plus Program Unit by staff.
Jackie storm held the Plaintiff back when the Plaintiff
suppose to have graduate in november. Jackie storm conspire
and retailate to get me out the Plus Program when I only
had 2 months todo. 3 weeks ago Jackie storm gave the
Plaintiff a good conduct for doing good in the Plus Program which
contredict the fastified bad evalute file by R. Henderson and BendeKaich

13

# I. STATEMENT OF FACTS

47. On or about March 14, 2017 at 8:15 A.M. I went to the Law Library to request copies of Letters and legal documents to be mailed to the Indiana Disability Rights Attorney Melissa Keyes, Mary Alter and Gavin Rose 4701 N. Keystone AVE Ste. 222, Indpls, IN 46205 and I.D.O.C. Commissioner Robert E. Carter Jr. I requested both Agency to review The New Castle illegal Due process violating regarding Lt. Storm and New Castle Warden Keith Butts. The writer's pertain to Indiana Protection and Advocacy Services Commission v. Commissioner, I.D.O.C., No: 1:08-CV-1317 TWP-MJD (U.S. Dist. Ct. So. Dist. of Ind)

48. On or about March 14, 2017 Wabash Valley Correctional Facility Law Library Supervisor Karen Richardson and Law Library clerk B. Kristler-Taken notified Plus Program case manager Aleta Burnolett and Unit Team Manager Heather Blasing are about the contents of my legal copies and provided them with copies of my legal mail to Indiana Disability Rights and I.D.O.C. Commissioner Robert E. Carter Jr. At that time shortly thereafter I started to experience campaign of harassment, retaliation, bullying, grievances thrown away and not processed, falsified conduct reports and bad evalue from staff, taunt and legal mail open outside of my presence, shared with staff and concealing documents

49 On or about March 20, 2017 I write a letter of complaint to the mailroom supervisor Jeanne Watkins informing her that my legal mail was being open outside my presense, not being delivered and read by unauthorized staff. on Lt. Hyatt and Sgt. Yarber shift. I filed grievance 96318 and exhausted. I believe this was being done in retaliation of me contacting the Indiana Disability Rights and I.D.O.C. Commissioner Robert E. Carter Jr. about the illegal due process violation conduct reports

50 On or about March 21, 2017 8:15 A.M. I mail by certified a letter and documents that concern the illegally due process violation At New Castle Annex Corr. facility : 7015-3010-0000-0963-1150: IDOC Commissioner Robert E. Carter Jr., 302 West Washington St. E334, Inolpls, IN 46204 : 7015-3010-0000-0963-1167: Indiana Disability Rights Atty: Mary Alter, Melissa Keyes and Gavin Rose 4701 North Keystone Ave Ste. 222 Inopls, IN 46204. Plus Program case worker inspected the envelope and I sealed both envelope as priviledge and legal mail. case worker John Hall and/or staff reopen the envelope, took documents out and conceal those documents before it Went out

51 On or about March 22, 2017 I write plus Program John Hall asking him not to share

15

any of my legal mail with his co-workers. John Hall never respond, but he did give me a grievance.

52.
On or about March 30, 2017 7:40 A.M. I call my sister Dr. Mamie Martin to inform her about the campaign of harassment, Retaliation, taunt, bullying, legal been reopen & read by staff. My sister then contacted Indiana Disability Rights (Paralegal Delisicia Lewis), Delisicia Lewis inform my sister she need a consent form from me to talk about the problems at Wabash Valley Corr. Facility.

53.
On or about March 31, 2017 I write a letter to Pws Program case manager Aleta Burnwett inform her I need a notarize letter to Indiana Disability Rights / Paralegal Delisicia Lewis. Pws Program case manager Aleta Burnwett had a nasty attitude like she knew all alone about the issue.

54.
On or about April 3, 2017 6:15 P.M. on K bracket night shift I sent out a priviledge letter to Indiana Disability Rights Paralegal Delisicia Lewis asking about contents certified letter sent March 21, 2017 (# 7015-3010-0000-0963-1167). That letter never made it It was intercepted by case manager Aleta Burnwett and/or staff.

55.
On or about April 4, 2017 I filed a informal grievance and grievance (4-25-17 & 5-10-17) on Supervisor Law Librarian Karen Richardson and Law Librarian B. Krisiler-Taken

EXB

16

I turn grievance dated 5-10-17 to Plus Program case manager aleta Burndett she conceal that grievance to Grievence Specialist Teresa Little John and it was never process.

**56**

On or about APR. 13, 2017 I write case manager Aleta Burndett about how can I change in the Plus Program when staff is Retaliated Against me. Every staff Know about my legal mail to Commissioner Robert E. Corter and Indiana Disability Rights. My legal mail has nothing to do with Wabash Valley staff.

**57**

A. On or about April 13, 2017 2:30 P.M. Case Manager Aleta Burndett respond "I don't Know what you talking about

**58**

Q. On or about April 5, 2017 1:00A.M. I was called out of GEO education by my Mental Health Therpist____ Pagan He had a copy of the letter I written case manager Aleta Burndett I written her on April 3, 2017. I ask my Therpist how he obtain the letter, he stated Aleta Burndett put it in his box. I told my Therpist it was very unprofessional as a Plus Program case manager for her to do that. My Therpist Agree with me.

**59**

B. On or about April 11, 2017 8:20A.M. At the Law Library Dask B. Krisiler-Tavern if she had shared my legal copies with anyone and why I have to leave my legal copies over here to get copy by inmates & staff

18

My legal mail is confidentiality. B. keisler-Taken respond with anger. I left to keep from getting a write up.

60

Q. on or about April 14, 2017 2:30 P.M. I saw Program Director Rich Larson on the walk coming from the Plus Program. I explain to him about the camparan of harassment, retaulation & bullying from staff. I been trying to contact Warden Dick Brown, but the letter keep getting intercepted. Rich Larson Advise me to put in another slip.

61

Q. On or about April 16, 2017 My sister contacted Medical Department D.O.N. Regina Robinson who became nasty on the phone about my blood work that Medical Refuse to take. My sister told her she was recording her on the phone she calm down.

62

Q. on or about April 17, 2017 11:00 Am. I receive a Response from Southern Director Michael Osbun in Reference to letter dated March 21, 2017 to Commissioner Robert E. Carter Jr. More than half the documents was missing I sent to Commissioner Robert E. Carter Jr. Michael Osbun stated I exhausted all remedies which was untrue.

63

Q. on or about April 17, 2017 I write Supervisor Mailroom Jearee Watkins inform her of mail policy 02-03-103

64

On or about April 26, 2017 I send Michael Osburn a certified letter regarding the violations of due process write up's at New Castle Annex. Supervisor mailroom Jeanne Watkins refuse to give me my receipt saying the letter was sent certified. Upon my belief it was never sent certified.

65

On or about May 31, 2017 while on lockdown Plus Program case manager Aleta Burdett brought me some legal mail from Marion Superior Court. The legal mail was taken out of it's original envelope and placed into a brown envelope which violate policy 02-01-103. I ask Plus Program Aleta Burdett about this, she replied be glad you received it.

66

On or about May 31, 2017 I write supervisor mailroom Jeanne Watkins asking why was my legal mail from Marion Superior Court placed into a brown envelope. & what did her office take. Jeanne Watkins said nothing.

67

On or about June 4, 2017 I write Plus Program case manager Aleta Burdett about grievance filed on Supervisor Law Librarian Karen Richardson, Law Librarian B. Kristler-Taken, case worker John Wall and Unit Team Manager Heather Blasingame. Aleta Burdett became very rude, nasty and started yelling at me. I inform her the grievance was dated May 10, 2017. I saw the grievance in her box by the wall. She respond I didn't see

19

see nothing. She then instruct me to get out of her office before she write me up.

68.
~ On or about June 6, 2017 I write Plus Program case manager Aleda Burndett regarding May 10, 2017 grievance on Supervisor Law Librarian Karen Richardson, Law Librarian B. kr. stler - Taken, case worker John Hall & Unit Team Manager Heather Blasingme. I use my Mentor as mediator to keep from getting yelled at by Aleda Burndett. Aleda Burndett threaten to write me up.

69.
~ On or about June 12, 2017 I write Warden Dick Brown about Plus Program Aleda Burndett Attitude & throwing away my grievances. Asst. Supt. Gilmore respond saying I was lying.

70.
~ On or about June 12, 2017 I write ACLU Kenneth Falk about my legal mail been intercepted, campaign of harass-ment, Retaliation, bullying & intimidation because I contact Commissioner Robert E. Carter Jr. / Indiana Disability Rights. That letter was intercepted by staff.

71.
~ On or about June 12, 2017 11:00 A.M. I was given some legal mail from Plus Program case manager Aleda Burndett America Bar Association which had tape on the envelope Half the contents was missing. Aleda Burndett tore some of the documents out.

20

72. On or about June 12, 2017 I write supervisor Mailroom Jeanne Watkins asking her why the contents I received from Pws Program case manager Aleta Burnett America Bar Association half the contents was missing. Jeanne Watkins circle Aleta Burnett name on the letter.

73. On or about June 13, 2017 I contacted I.A. about the complaign of harassment, Retaliation, bullying, taunt, intimidation and mail intercepted I never received A response.

74. On or about June 13, 2017 I contacted Grievance Specialist Teresa Little John asking her can I submit May 10, 2017 grievance on Supervisor Law Librarian Karen Richardson Law Librarian B. keisler Tatlex, case worker John Hall, Unit Team Manager Heather Blasingame. Teresa Little John reply w/o proof of delay basically run around. I written Teresa Little John on 4 separate occasion about Pws Program Case manager Aleta Burnett throwing May 10, 2017 grievance away.

75. On or about June 14, 2017 11:40A.M. coming out of Wreh I noticed Custody officer Gilstrap & Lt. Nicholson. officer Gilstrap pointed at me and said "That's the boy causing all the trouble", Lt. Nicholson laugh and said yes.

76. On or about June 14, 2017 2:30P.M. coming from Education I saw Asst. Supt. Frank Little John coming out of L House. I ask him if I could

20

speak with him. I inform him while coming out of lunch useady staff made a racial statement toward me. I was been harass & retaliate from his staff because I contact Commissioner Roberta Castro Jr / Indiana Disability Rights. Frank Little John said he would look into it.

EX.
(D)(C)

7) On or about June 14, 2017 I filed a informal grievance for failure to investigate against DWS Program case manager Alesa Burndett, Lt. Nicholoson, Teresa Little John and placed it in the counter box DWS Program box.

78 On or about June 15, 2017 I was standing in the DWS Program day room to go too dinner, a inmate walked up to me with a piece of balled up paper. It was the June 14, 2017 grievance filed on DWS Program Alesa Burnett, Lt. Nicholoson and Teresa Little John. This inmate said he saw Alesa Burnett threw it away in front of M-House when she went home at 3:00 P.M.

79 On or about June 16, 2017 I write DWS Program Alesa Burnett a letter informing her its against the policy to infer with the grievance why would she balled my grievance and threw it away in front of M-House.

80 On or about June 16, 2017 DWS Program case manager Alesa Burnett gave me response saying she drop the grievance by accident but it was neva process.

24

81

On or about 10:40 p.m. while housed in Plus Program Unit Ofc. D. Robinson and Ofc. Myers acting under the authority of Lt. Hyatt and Sgt. Yarber come to my cell for a shake down. Officer D. Robinson instruct me and my cellie to take everything off except our boxers. Ofc. D. Robinson and Ofc. Myers escorted Plaintiff and his cellie to the showers. Ofc. D. Robinson instruct the Plaintiff to bend over. Spread his butt cheeks so he could look inside Plaintiff for drugs and cell phone. Plaintiff then ask Ofc. D. Robinson why he want to look inside of his rectum for, Ofc. D. Robinson reply this was the new policy for strip search and I might be holding drugs and/or cell phone. Ofc. threaten the Plaintiff and said dont make me call Sgt. Yarber. Plaintiff then said call him. Ofc. D. Robinson then went down stairs and call Sgt. Yarber. Sgt. Yarber come up stairs and said so you not gonna drop your boxers spread your butt cheeks so me and Ofc. D. Robinson can look inside of your rectum for drugs and cell phone, Plaintiff said no. Sgt. Yarber then replied I have 2 offenders in lock up row for refusing the same thing. Plaintiff went ahead and comply with the strip search when no drugs or cell phone was found. A female officer was in the guard bubble looking and laughing (officer Elbee). Plaintiff inform Ofc. D. Robinson and Sgt. Yarber that he been down 10 years and this shit never happen to him, nor there are no record of drugs and/or cell phones on his D.O.C. Record history. This was a form of retaliation done by Sgt. Yarber and Ofc. D. Robinson

22

on the Plaintiff for filing grievances. Ofc. D. Robinson then ran sack the Plaintiff cell by tearing his family picture off the wall and running water on them in the sink. Ofc. D. Robinson then took the Plaintiff Hot pot because it had tape on it to stop from leaking. Ofc. D. Robinson then faslefied a class B conduct Report on Plaintiff for threaten 213 and unauthorized Possession of property 215 class B.

82
on or about June 22, 2017 8:00a.m. I contacted a family Member and told that family Member about the Retailation from sgt. Yarber and ofc. D. Robinson.

83
on or about June 22, 2017 I receive a Jpay email Messege from that family member tell ing Plaintiff she contacted Asst. Supt. Gilmore office and central office about compaign of harassment, Retailcation, intimdaton faslefied conduct report by ofc. D. Robinson. Plaintiff family Member let central office she has everything recorded on her phone who she been talking to about the Plaintiff in case any thing hoppens. Plaintiff family member also contacted I.A. Jamie Rasdorf.

84
on or about June 27, 2017 8:00a.m. a family Member said Asst. Supt. Gilmore office said Plaintiff was lying

85
on or about June 29, 2017 12:35 pm I go to screening

23

for 2 class B 213 and 215. I plea not guilty
on both class B. I let screening officer Bendiel
this was a form of Retailation and I use
ofc. Myers as a witness for fast fired
conduct report filed on me by Ofc. D. Robinson

86 On or about June 29, 2017 Plaintiff go to
conduct Adjustment board to face 2 class B
213 & 215 conduct Report. I explain to Mrs.
Zimmer Man this was a form of Retailation
by Sgt. Yarber and Ofc. D. Robison. I never
threaten Ofc. D. Robinson. Both class B 213 & 215
was drop to class C 353 & 364 I was given plove
restriction from 6-30- 7-14-17 & do not alter
Hotpot.

87. On or about August 7, 2017 745 a.m. I had a
family member contact Linda Vavetta about August
2, 2017 letter inquiring about status of grievance
96694 Linda Vavetta told family member she never
receive a letter. Staff intercepted the letter

88 On or about August 7, 2017 This prompt me to

24

write another letter inquiring about grievance 96318 and 96694 and send it out certified #7015-0640-0007-9224-4234). It was given to Plus Program case worker Rittenberg

89 On or about August 9, 2017 9:00 A.M. Plus Program officer Ms Shaffer inform Plaintiff he had a Mental Health appointment and go over to medical when she all education around 12:00 p.m. 12:05 p.m. I go over to education to check in with my teacher Mrs. Roberts computer class. Officer Wilson ask for Frazier. He then ask Plaintiff do he want to see Tele Psy. Plaintiff then said no. Officer Wilson instruct the Plaintiff to come fill out a blank Refusal at the guard desk. Officer Wilson instruct Officer LoveALL who is now Medical personel to give me a blank Refusal. I sign my name at the Top in the middle "Not at this time", signature dated 8-9-17 15min later Officer LoveALL come to Mrs. Roberts computer class and ask Plaintiff do he want to see Mental health. The Plaintiff said no. Officer LoveALL knew this 15min early for Mental Health. Officer LoveALL Retaliate by telling Medical I refuse chronic care

90 On or about August 9, 2017 D.O.N. Regina Robinson falsefied the refusal by putting chronic care on the Blank Refusal

91 On or about August 13, 2017 Plaintiff write D.O.N Regina Robinson stateing he Refuse Mental Health Tele Psy. Not Mental Health.

92
On or about August 13, 2017 D.O.N. Regina Robinson respond saying chronic care was written on the Refusal. The Refusal was blank when non medical persovel Officer love SLL gave it to me

93
On or about August 14, 2017 12:35pm I ask Officer Wilson why he tell D.O.N. Regina Robinson I refuse chronic care but Refuse Mental Health Tele psy. Officer Wilson said he didn't tell her that it was officer love SLL and he went home early.

94
On or about August 14, 2017 1:30pm Plaintiff had to pick up his meds. Plaintiff ask Officer love SLL why he tell D.O.N. Regina Robinson I refuse chronic care. Officer love ALL acted like he didn't know what I was talking about. Plaintiff ask officer love SLL did he ever offend him or disrespect him officer love SLL replied no. Plaintiff inform Officer love SLL he wanted the campaign of harass ment & Retailation to stop from staff.

95
On or about August 16, 2017 I put in Healthcare Request 272356 for blood work because staff was taunt me saying I lost trendous amount of weight. It was due to stress and depression from staff which contribut from campaign of harressment, Rettailation, bullying & intimidation and I was Charge 5.00 which I could have receive at chronic care on 8-9-17 w/o no charge.

26

96  On or about August 23, 2017 6:15P.M. I write Attorney Eric Pavlack ask him could he represent me in A 42 U.S.C. 1983. It was given to officer Thompson. Officer Thompson started reading the contents of the letter. Plaintiff inform officer Thompson she is not allowed to read legal mail. Officer Thompson replied she could. Plaintiff inform Officer Thompson No she couldn't. Plaintiff then sealed the envelope in front of Officer Thompson and she then sign off on the envelope. It was mail out on K bracelet night shift. That letter was intercepted by staff and/or Plus Program Aleta Burndett. Upon my belief Plus Program Case manager instruct staff to put all of my Mail and/or legal Mail in her box which violate Policy 02-04-103 so she can conceal documents

97  On or about August 24, 2017 I file a grievance on D.O.N. Regina Robinson, Officer Love ALL and Mental Health Therapist Elijah Stoll for falsified a Medical Refusal #98275 EX D waiting on Appeal decision from central office

98  On or about August 29, 2017. Plaintiff write Asst. Supt. Frank Little John about how Officer NON-Medical Love ALL and D.O.N. falsefied a . Medical refusal for Mental Health and Put chronic care. I Never received A reply.

27

99    On or about September 1, 2017. Plaintiff write Health Administration Kim Hobson inquiring about his refusal for Mental Health on 8-9-17

100   On or about September 1, 2017 8:10 A.M. Plaintiff was at recreation I notice Mental Health Therapist Mr. Elijah Stoll coming from CCU lock up. Plaintiff ask him that he needed that refusal for Mental Health Tele psch. MR. Elijah stoll said he would sent it through the Reguler inter facility Mail

101   On or about September 1, 2017 10:10 A.M Plaintiff was attend Plus Program Group. Mr. Elijah Stoll come into the Plus Unit looking for Plaintiff. Mr. Elijah Stoll said he cant give Plaintiff copy of Medical Refusal for Mental Health. I had to go through Medical to get it. That because NON-Medical officer LoveALL and D.O.N. Regina Robinson fasie fred the blank Refusal for Mental Health and Plus chronic care.

102   On or about September 6, 2017 9:45 AM  Plaintiff was called over to Medical for Mental Health appointment. Officer "female" Wilson, Officer Love ALL and Sgt. Yarber was at the guard desk. I sign A Refusal, by putting campaign of harassment, Retaliation from staff, 8-9-17 Refusal sent to

28

Plaintiff from Mental Health and grievance 98275 is settle I would see Mental Health. I gave it to officer "female" wilson, officer "female" wilson then gave it to Officer Lase SLL. This Refusal was conceal and I was never given a copy.

103    On or about September 6, 2017 10:00 A.M. Plus Program case worker Rittenberg gave Plaintiff some legal mail from Indiana Disability Rights. Prior to this letter Plaintiff sent Indiana Disability Rights a letter on 8-23-17 asking for all copies I sent there agency from March 21, 2017. Like I suspect Plus Program case manager Aleta Burdent, Plus Program case worker John Hall, Unit Team Manager Heather Blessinghe and/or conceal documents by reopen the certified envelope and taking documents out. The postage did not add up for what papers was sent to Plaintiff from Indiana Disability Rights. Grievance filed 96694 EX E exhausted

104    On or about September 19, 2017 Plaintiff mail out another letter to Civil Rights attorney Eric Pavlack asking for Representation on a 42. U.S.C. 1983 civil Rights complaints

105    On or about September 14, 2017 Plaintiff call a family member to contract Civil Rights Attorney Eric Pavlack to see did he get receive Plaintiff

29

letter date September 10, 2017. That family member
states Eric Pavlacka Never receive my letter
September 10, 2017

106    On or about September 14, 2017 8:10 A.M. I contact
another family member to call southern Director
Michael Osburn to file a complaint on Wabash
Valley Corr. facility staff and/or Pws Program case
manager Aleda Burnadett because she was behind
the letter been intercepted.

107    on or about September 18, 2017 4:26 PM a family member
contacted Plaintiff on JPAY saying someone from
I.D.O.C central office would look into my legal
mail situation at Wabash Valley Corr. Facility.

108    on or about September 22, 2017 1:30 PM  Plaintiff at
Education ask to speak with Mental Health Therapist
Elijah Stoll. Plaintiff ask Mr Stoll why he doesn't
be present when Plaintiff sign a blank refusal
for Mental Health. The policy states a Medical
personnel has to be present when I sign the refusal
for Mental Health. Mr. Elijah Stoll had a nasty
demeanor with no form of explanation. I then
left and went back to education

109    on or about September 25, 2017 11:20 A.M. Plaintiff
was on lock down Justice D.O.N. Regina Robinson

36

and C.N.A. "Ashley" passing out meds in the Plus Program Unit. Plaintiff notice D.O.N. Regina Robinson give Plus Program case manager Aleda Burndett my bloodwork. Plus Program case manager Aleda Burndett walk up to Plaintiff cell N418, top on the door and replied I want to give you this personally. It was the Plaintiff bloodwork - HIV Test, Thyroid Test and A1C Blood work Result dated (8-22-17 & 4-21-17) This was very unprofessional of D.O.N. Regina Robinson by breaking confidentiality of my blood work to a NON-Medical personel Plus Program case Manager Aleda Burndett.

100 On or about September 26, 2017 Plaintiff write Plus Program case manager Aleda Burndett inform her that he tried to check his account balance on JPAY Kiosk Machine at 8:55 A.M. A picture of a bulldog appear "spy ware & security watch group" appear on the screen and the JPAy shut down. Do this have any thing to do with the compaign of harassment and legal mail read snoopy stuff

101 on or about September 26, 2017 Plus Program Aleda Burndett respond by circle campaign of harassment & legal mail being read by staff is not happen.

102 on or about September 26, 2017 Plaintiff write Supervisor mailroom Jeanne Watkins inform her about

21

JPay Kiosk Machine "spyware & security watch group" when I log onto check my account

103   On or about September 26, 2017 900 pm during night mail call Supervisor Mailroom Jeanne Watkins respond "JPay put this on the computer to stop viruses.

104   On or about September 26, 2017 Plaintiff write warden Dick Brown a complaint letter inform him about the picture of Bulldog "spyware & security watch group".

105   On or about September 26, 2017 Asst. Supt. Gilmore respond saying write a Trouble Ticket for JPay.

106   On or about September 27, 2017 Supervisor mailroom Supervisor respond to September 25, letter Plaintiff asking for dates & times he log onto JPay KIOSK machine. Plaintiff feel that other inmates was logging on his Account w/o his permission. Supervisor Mailroom Jeanne Watkins said she does not have this information.

117   On or about October 1, 2017 I write a trouble ticket and JPay said they have nothing to do with a Spyware & security watch group. all they handle is mail

32

This is something the Administration will do.

118    On or about October 1, 2017 8:00 A.M. Plaintiff check his account balance and his media account $18.02 on JPAY Kiosk machine

119.    On or about October 11, 2017 8:00 P.M. Plaintiff check his account on JPAY Kiosk machine, Plaintiff notice he had 20.02 on his media Account. Prior to this on September 25, 2017 someone had log onto Plaintiff account, took money out of his regular account and fund his media account for $1.50 w/o the Plaintiff permission. This transaction was approve at 8:41 P.M. Upon my belief someone had log onto Plaintiff Again and fund his media account for $2.00 to make his media account balance 20.02

120    On or about October 12, 2017 7:40 A.M. I call several family members asking them did they fund my media account for $2.00. Then all said no

121    On or about October 17, 2017 I file a informal grievance on Internal Affairs K. Allen / Asst. Supt. Frank Littlejohn about my JPAY account. Plaintiff inform them someone was logging onto his account and fund his media account for $2.00

33

122 On or about October 18, 2017 Plaintiff write Mrs. Bremen Account Administration about $18.02 in Plaintiff Media Account and $2.00 was added to make it $20.02

123 On or about October 20, 2017 Account Administration Jodi Strawbar respond "If you are refering to your Media Account through JPAy, we don't have nothing to do with that. Untrue Inmate Trust Fund Policy 04-01-104 page 13 XIII Accounting funds - The facility shall maintain a complete record of all receipt to and disbursment from the Inmate Trust Fund Account.

124 On or about October 24, 2017 Plaintiff file another informal grievance on administration Mrs. Bremen/ Warden Dick Brown about $18.02 and $2.00 added to to fund his Media Account to make Media Account balance $20.02

125 On or about October 26, 2017 Warden Dick Brown respond - Mr. Frasier please attempt to work with your Unit Team staff to Resolve this issue.

126 On or about October 29, 2017 I write Unit Team Manager Heather Blessinger about Media account

127 On or about November 1, 2017 1:45 p.m. I was called

34

127 out of education by PWs Program case worker Bende-
Kovich bring Plaintiff arrive at the PWs Unit Plain-
tiff notice PWs Program case worker Ristenberg and
I.A. ___ Davis. I.A. Davis ask Are you Ferrier
I replied yes. Plaintiff explain to I.A. Davis that
someone been logging onto his account w/o Plaintiff
permission taking money out of his account to
fund his media account for $2.00. I inform I.A.
Davis another inmate told me that another offender
was logging onto my account and befriended one of
my family members. I.A. Davis replied he spent
4 hours looking from August 2017 up to now and
the picture shows me. Then I.A. Davis said it
was you taking a picture I inform I.A. Davis I
never bore to picture. I then ask I.A. Davis
to give me the dates and Times I log onto the
JPAY kiosk machine to match my dates and
times I.A. Davis Refuse to give me that info.
I.A. Davis knew who is logging onto my account
he is concealing documents to keep me from
seeing who logging onto my account. Upon my
belief staff has a C.I. logging onto my account
Reading my mail I send out to my family Members
about constant campaign of harassment, Retali-
ation and bullying. I suspected this been going on
since April 2017.

128 On or about November 1, 2017 2:45 p.m. Plaintiff

35

Attempt to get a grievance from PWs Program case worker Bendekovich she denied the Plaintiff a grievance. PWs Program case worker Bendekovich stated Plaintiff has to start the process over Plaintiff attempt to resolve issue 3 different times on informal grievance. PWs Program case worker Mrs. B stated they not gonna do nothing

129 On or about November 1, 2017 6:15 P.M. Plaintiff file another informal grievance on I.A. Davis/Asst. Supt. Frank Little Johh conceeling documents "Dates & Times" Plaintiff log onto JPAY.

130 On or about November 2, 2017 Unit Team manager Heather Blasingame respond Plaintiff October 29, 2017 letter about JPAY media account Heather Blasingame said OII is looking into the JPAY media account.

131 On or about November 3, 2017 Plaintiff write PWs Program case worker Mrs. B asking her do she know the new grievance policy I attempt to resolve this issue on 3 attempts I shouldn't have to start the process over. I need on paper you not gonna give me a grievance

132 On or about November 3, 2017 8:55 A.M. PWs Program case worker(s) Rittenberg/Bendekovich call Mental Health on me. Both of them use my Mental Health status against me

36

by fastefying a call to my Mental Health
Therpist by saying I was acting crazy and
delusional over in the PWS Unit. I only
aske for a grievance

102
133
On or about November 3, 2017 900 A.M.
Plaintiff see's Mental Health Therpist
Elijah Stoll. I inform Mr. Stoll that
Pws Program case worker(s) Rittenberg/Bende-
kovich is Refusing to give me a grievance
about my JPAY account. Mr. Stoll save me
NO Assistance I then left.

106
134
On or about November 3, 2017 9:15 A.M. Plaintiff
Return to the PWS Program Unit. PWS Program
case worker(s) Rittenberg and Mrs. B. called
me downstairs About the letter I written
PWS Program Case worker Bendekovich on November
3, 2017 about the grievance policy. Both case
worker starred yelling at me & acting irate
Plaintiff inform Rittenberg he shouldn't have
to do the informal grievance over. I did the
step 3 times. Plaintiff inform Rittenberg
if you not gonna give me a grievance put
it on paper. Real Loud Rittenberg replied
in a hostile tone "Did I say I wasn't gonna
give you a grievance". Rittenberg then said
let me see your 3 informal grievance. I went
to go get the 3 informal grievance response.
Plaintiff then gave then to Rittenberg.
Rittenberg then said I'm writing you up
on a standup conduct report. I dont like
how you talk to me. I only aske for a grievance
37

PLUS Program AIDE inform the Plaintiff
he has to be the bigger person. AIDE inform
Plaintiff to go back to Rittenberg office
and apologize so Plaintiff wouldn't get
a stand 2 conduct report. The AIDE took
me back to R. Hervberg/Bendekovich office
Plaintiff inform Rittenberg all I wanted
was a grievance to resolve the issue with
my JPAY accounts. Plaintiff inform Ritten-
berg he didn't like her calling Mental Health
on him, using to his mental Health disorder
Against the Plaintiff Bendekovich. Respond we
have to cover our tracks just in case some-
thing happen to you. I apologize and left.

128
135

On or about November 3, 2017 Plaintiff file
a grievance on I.A... Davis and Warden
Dick Brown conceal of documents that
pertain to dates and times I log onto
JPAY account. (13 pages with exhibit)

129
136

On or about November 3, 2017 1:50 p.m.
PLUS Program case worker R. Hervberg a
New Pin Number for JPAY.

130
137

On or about November 5, 2017 8:15 a.m. Plaintiff
write a support ticket on JPAY to change
his security code to keep inmates from logging
onto his account.

131
138

On or about November 7, 2017 6:15 p.m. Plaintiff
write Grievance Specialist Teresa Little John
asking did she receive a grievance dated November

132
139

38

3,2017 13 pages and witness statement from Joshua Farley N316 that concern picture of Bulldog spy wear & security watch group"

140. On or about November 7, 2017 6:15 P.M. I write a request to Pws Program case worker Mrs. B asking did she turn in grievence dated November 3, 2017 (13 pages).

141. On or about November 8, 2017 3:00 P.M. Pws Program caseworker Bendekovich Respond whatever I placed in my box I turn in".

142. On or about November 8, 2017 7:32 A.M. during recreation Plaintiff check his Account balance. Plaintiff notice there was a deduction for 39.95 ck# 6684 made out to Sure Shot Books Meth. The facility took it upon themselves to retaliate Against me because I purchase a legal book called "Battling the administration - How to win a successful civil lawsuit. I put on my Transaction form Sure Shot Books Publishing LLC.

143. On or about November 8, 2017 7:40 A.M. E&f Plaintiff ask POD officer Mrs. Shannon he need to speak with Pws Program case worker Mrs. B. Plaintiff was instructed to go back to case worker Bendekovich office Plaintiff inform Pws Program case worker Bendeko about the transaction made on his Account 11-7-17 check made out to Sureshot Books Meth

39

Plus Program case worker Bendekovich said you
always over exaggerating things and
thinking up things in your head that's not
true. Plaintiff then ask Bendekovich to check
the computer. Plus Program case worker
Rittenberg storm into Bendekovich office
ask what's going on. Plaintiff inform
Rittenberg about transaction 11-7-17
made out to Sureslot Books Mesh. Rittenberg
stated it was the same company. Plaintiff
respond it wasn't, Rittenberg then look onto
my account and seen last purchases made
out to Sureslot Books Publishing LLC.
Rittenberg then said I instruct Bendekovich
to write you up on A stand 2 for talking
to her CRAZY, you don't belong over here and
I'm writing you out of the program.
I inform Rittenberg I haven't done anything.
Upon my belief this was A tactic by
Rittenberg/Bendekovich to get me out of
the Plus Program by having her co-workers
write out a check to Sureslot Books Mesh
Plaintiff inform Rittenberg this is a form
of retaliation and campaign of harassment.
Plaintiff inform Rittenberg he need a sit
down with Dick Brown or someone from
his office to resolve issue's with Mrs. B
and her. "Rittenberg respond they not gonna
do nothing nor come over here. No one
came over to resolve the issue's

on or about November 8, 2017 6:15 p.m. I
write Jodi _____ account administration
144                              40

Asking why her office write a check out to Sure Shot Books Mesh. I didn't put that on my Transaction form Sure Shot Books Publishing LLC

145 On or about November 8, 2017 6:15 p.m. Plaintiff sent a letter out to Sure Shot Books Publishing LLC inform them about Administration Retailate about legal book called "Battling the Administration" How to win a success to lawsuit, but made the check out Sure Shot Books Mesh. Would they accept the check.

146 On or about November 9, 2017 8:00 A.M. I call a family member & explain to that family about Plus Program Rittenberg/Bendekovich How the Administration Retailate Against me for purchase a book called Battling the Administration, wrote the check out to Sure Shot Books Mesh instead of Sure Shot Books Publishing LLC. That family member said she will contact Michael Osburn Southern Director.

147 On or about November 9, 2017 12:00 P.M. Plaintiff was called to the steering committee to face A falsefied conduct report. I plead my case to the committee. I explain about inmates logging onto my account, how Plus Program Bendekovich said I I be over-exaggerating things and I be thinking of things in my head thats not true

41

Bendekovich then said I never said you be over exaggerating things. Plaintiff respond straight up you did say that. R. Herberg then jump up and said I am writing you up on a class B conduct report for telling me to shut up. The steering committee said he didn't say shut up but straight up. R. Herberg then faste fried a phone call to Case manager Faith Reese and a unknown Sgt. making like I was acting irate. Plaintiff let the steering committee know this is a form of retailcation and campaign of harassment done by Plus Program Case workers Bendekovich, and i R. Herberg. Then Mrs. R. Herberg walk back into the steering committee reply I'm writing you up on a class B for disorderly also. Steering committee Morales then gave me a sanction for 250 word essay & 3 hours of community service. Plaintiff inform Morales there is no need to do the sanction because R. Herberg is given me a faste fried conduct report and a faste fried bad evalve.

147. On or about November 9, 2017 2:18 pm Plus Program Caseworker(s) R. Herberg/Bendekovich come to my cell to get me sign a faste fried bad evalve to be kicked out of the Plus Program when I only had 2 months to graduate. EX G

148. On or about November 9, 2017 2:30 p.m. Plaintiff ask another inmate to ask Bendekovich about his

43

JPAy account balance he printed out on November 8, 2017 showing Sureshot Books Mesh. Plus Program case worker claim she didn't have it

150
43. On or about November 9, 2017 7:00 p.m. I call a family member and that family member said when she called Southern Director Michael Osburn same lady answer the phone and said she had the wrong number. That family member call back again and another lady answer the phone. This lady ask where she calling from, that family member said "why does it matter" and reply Trenson New Jersey. Then the lady hung up.

## Relief

151
44. Wherefore, plaintiff respectfully prays that this court enter Judgement granting plaintiff:

152
45. A declaration that the acts and omissions described here in violation plaintiffs rights under the constitution and laws of the United States

153
46. A preliminary and permanent injunction ordering defendants Robert E. Carter Jr., Michael Osburn, Dick Brown, Frank Littlejohn, Kevin Gilmore, John Hall, Aleta Burdett, ____ Rittenberg, Bendekovich, Karen Richardson, B. Kristie Taylor, Jeanne Watkins, Teresa Littlejohn, K. Allen, ____ Davis, Elijah Stoll, ____ Pagan, Regina Robinson, Kim Hobson, Lt. Hyatt, Lt. C. Nicholson, D. Robinson ____ Thompson, Alan Harcock, Heather Blasing, AME, Jackie Storm

43

to stop the Campaign of harassing, Retailation, intimidation Bullying, inter with legal mail, outgoing, incoming, Regular mail, Medical housing A medical personel on hand when I sign a medical Refusal, officers giving inmates my PIN Number and gossup about me to other offenders

154
PFa compensatory damages of $7,000.00 separatly and Jointly.

155
PFs punative damages to be determined by a Jury.

156
PFs Trial by Jury on all issues Triable by A Jury.

### Affirmation of Plaintiff

I, the Plaintiff in the aforementioned cause, do affirm that I have Read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief

Signed this ___14___ day of November, 2017

Jasper Frazier ___ #143416
Plaintiff

44